# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0588

_____

TOLAND J. BONNER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Ineffective Assistance of Appellate Counsel—Original Jurisdiction.

May 14, 2025

PER CURIAM.

DISMISSED. *See* Fla. R. App. P. 9.141(d)(5).

RAY, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Toland J. Bonner, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.